Chinyere Valerie Ibe, Esq. (SBN 247242)
valerie@cvalerieibe-law.com
Law Offices of C. Valerie Ibe,
7220 Owensmouth Avenue, Ste 220
Canoga Park, CA 91303
Tel:818-900-5298

Attorney for Plaintiff,
Olachi Mezu-Ndubuisi, M.D.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLACHI MEZU-NDUBUISI, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF WISCONSIN-MADISON; BOARD OF REGENTS OF THE UNIVERSITY OF WISCONSIN SYSTEM; ROBERT GOLDEN, an Individual; ELLEN WALD, an Individual; RYAN MCADAMS, an Individual; UNITYPOINT-HEALTH MERITER HOSPITAL AKA MERITER HOSPITAL, INC, a Corporation; PAM WETZEL, an Individual; SUE ERICKSON, an Individual; NINA MENDA, an Individual; MERITER EXECUTIVE BOARD COMMITTEE; AMANDA LINDSAY, an Individual; KARL NIBBELINK, an Individual; ELIZABETH PRITTS, an Individual; SHERRY HENSELER, an Individual; DOES 1-10, Inclusive.<br>Defendants. | Case No.: 2:23-CV-08516-RGK(Ex)<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF THE EXHIBITS TO HER SUPPLEMENT**<br><br>Complaint Filed: October 9, 2023<br><br>Date of hearing: December 18, 2023<br>Time: 9am<br><br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850<br><br>Magistrate Judge: Hon. Charles F. Eick<br>Courtroom: 750<br><br>Trial Date: None yet |

Plaintiff, Olachi Mezu-Ndubuisi, M.D., O.D. ("Plaintiff") pursuant to section 201(b)(2) and (c ) (2) of the Federal Rules of Evidence respectfully requests for

judicial notice of her Exhibits 14, 15, 16 and 17 that were filed with her supplement to her response in opposition to the defendants' motion to dismiss.

The exhibits are very relevant and self-authenticating and comprise crucial evidence that go to the crux of the case and will aid in the resolution of the defendants' motions to dismiss. The Exhibits are as follows:

Exhibit 14 – Notice of the right to sue University of Wisconsin that was issued by the Los Angeles EEOC from the FOIA request that was made by plaintiff's counsel on December 5, 2023.

Exhibit 15 -  A compilation of Ms. Ibe's emails to Wisconsin and Los Angeles EEOC.

Exhibit - 16 California Franchise Tax Board's webpage - **https://www.ftb.ca.gov/file/business/doing-business-in-california.html**

Exhibit 17 – Plaintiff's May 6, 2021 complaint that she filed against University of Wisconsin and Meriter with the EEOC. This was from the FOIA request.

Dated: December 18, 2023                                    Respectfully Submitted,

                                         ____/s/ C. Valerie Ibe, Esq._____
                                              C. Valerie Ibe, Esq.
                                 Attorney for Plaintiff, Dr. Olachi Mezu-Ndubuisi.

**Certificate of Compliance**

The undersigned, counsel of record for Plaintiff, Dr. Olachi Mezu-Ndubuisi, certifies that this brief contains <u>169</u> words, which complies with the word limit set by court order dated October 12, 2023.

Dated: December 18, 2023               <u>     /s/ C. Valerie Ibe, Esq</u>
                                       Attorney for Plaintiff, Dr. Olachi Mezu-Ndubuisi