**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**CHARGE OF DISCRIMINATION**

| For Official Use Only – Charge Number: |
|---|

EEOC Form 5A (October 2017)

| | |
|---|---|
| **Personal Information** | First Name: _Olachi_   MI: _J_ Last Name: _Mezu-Ndubuisi_ <br><br> Address: _5767 Wilshire Drive_   Apt.: _____ <br><br> City: _Fitchburg_  County: _USA_  State: _WI_ Zip Code: _53711_ <br><br> Phone: _410-905-7090_ Home ☒ Work ☐ Cell ☒  Email: _Olachimn@yahoo.com_ |
| **Who do you think discriminated against you?** | Employer ☒    Union ☐    Employment Agency ☐    Other Organization ☒ <br> Board of Regents <br> Organization Name: _Univ of Wisconsin-Madison_ /University of Wisconsin System <br><br> Address: _21 N. Park Street_   Suite: _5101_ <br><br> City: _Madison_   State: _WI_  Zip Code: _53715_  Phone: _608-265-2257_ <br> See names of the other organization- Meriter & other |
| **Why you think you were discriminated against?** | indivs. <br> Race ☒   Color ☒   Religion ☐   Sex ☒   National Origin ☒   Age ☐ <br><br> Disability ☐  Genetic Information ☐   Retaliation ☒   Other ☒ (*specify*) FMLA Retaliation <br> Hostile work environment, disparate treatment, harassment. |
| **What happened to you that you think was discriminatory?** | Date of <u>most recent job action</u> you think was discriminatory: _May 5, 2021_ <br> Also describe briefly <u>each job action</u> you think was discriminatory and when it happened (estimate). I am a black African American of Nigerian national origin. I have been subjected to a continuous pattern of discrimination, retaliation, hostile work environment by my employer, University of Wisconsin and Meriter where I have clinical privileges from 2013 to present. I have continually suffered discrimination, retaliation & hostile work environment from UW and Meriter. Most recently, I was retaliated against after I came back from my FMLA leave. I suffered retaliation for speaking out against the racism. It has been continuous and has been in the form of attempts to besmirch my professional reputation, employment record with false accusations relating to my work. I have been subjected to disparate treatment that has not been meted out to other similarly situated colleagues who are not black African Americans of Nigerian national origin. |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures. <br><br> I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination. <br><br> **I declare under penalty of perjury that the above is true and correct.** <br><br> Signature: _O. J. Mezu-Ndubuisi_   Date: ___5-6-2021___ |

Plaintiff's May 6, 2021 complaint against UW AND MERITER