1  Chinyere Valerie Ibe, Esq. (SBN 247242)
   valerie@cvalerieibe-law.com
2  Law Offices of C. Valerie Ibe,
   7220 Owensmouth Avenue, Ste 220
3  Canoga Park, CA 91303
   Tel:818-900-5298

4
   Attorney for Plaintiff,
5  Olachi Mezu-Ndubuisi, M.D.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLACHI MEZU-NDUBUISI, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF WISCONSIN-MADISON; BOARD OF REGENTS OF THE UNIVERSITY OF WISCONSIN SYSTEM; ROBERT GOLDEN, an Individual; ELLEN WALD, an Individual; RYAN MCADAMS, an Individual; UNITYPOINT-HEALTH MERITER HOSPITAL AKA MERITER HOSPITAL, INC, a Corporation; PAM WETZEL, an Individual; SUE ERICKSON, an Individual; NINA MENDA, an Individual; MERITER EXECUTIVE BOARD COMMITTEE; AMANDA LINDSAY, an Individual; KARL NIBBELINK, an Individual; ELIZABETH PRITTS, an Individual; SHERRY HENSELER, an Individual; DOES 1-10, Inclusive.<br>Defendants. | Case No.: 2:23-CV-08516-RGK(Ex)<br><br>**PROPOSED ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF THE EXHIBITS TO HER SUPPLEMENT**<br><br>Complaint Filed: October 9, 2023<br><br>Date of hearing: December 18, 2023<br>Time:  9am<br><br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850<br><br>Magistrate Judge: Hon. Charles F. Eick<br>Courtroom:  750<br><br>Trial Date: None yet |

-1-

**PROPOSED ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF THE EXHIBITS TO HER SUPPLEMENT**

Upon review of the Plaintiff's request for Judicial Notice of Exhibits 14, 15, 16 & 17 to her supplement.

It is hereby Ordered that the request is granted.

Dated:_____

                                                          _____
                                                          Honorable R. Gary Klausner
                                                          United States District Judge

**PROPOSED ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF THE EXHIBITS TO HER SUPPLEMENT**