

**Valerie Ibe, ESQ. <valerie@cvalerieibe-law.com>**

## Dr. Olachi Mezu-Ndubuisi v. UnityPoint Meriter

**Valerie Ibe, ESQ.** <valerie@cvalerieibe-law.com>  Wed, Sep 27, 2023 at 10:50 AM
To: JORGE SOSA <JORGE.SOSA@eeoc.gov>

Good morning,
Please, could you issue the notice to sue in Dr. Mezu's case against the University of Wisconsin? The Wisconsin EEOC told me yesterday that it was transferred to Los Angeles.
 On May 6, 2021, Dr. Mezu-Ndubuisi filed a charge of discrimination against University of Wisconsin and UnityPoint Meriter. For some reason no one seems to know what happened to the University of Wisconsin case. The EEOC is Wisconsin apparently split the filing into two separate case and assigned them separate charge numbers. I need to file the two cases as one in federal court.

The first one is charge number 443-2021-01485 - Dr. Olachi Mezu-Ndubuisi v. University of Wisconsin. That's the one that I need the discharge so that we can sue. She has already received the notice to sue for her case against Unity-point Meriter, **EEOC Case 443-2021-01487** which was handled by you. They need to be sued together. That's why I need the discharge for the University of Wisconsin case.

Any help that you can give will be appreciated.


Thanks,

C. Valerie Ibe, Esq.
Law Offices of C. Valerie Ibe, Inc.
7220 Owensmouth Avenue, Ste 220
Canoga Park, CA 91303
Telephone:818-900-5298



**PLEASE NOTE THAT WE HAVE MOVED OUR MARYLAND OFFICE TO:    1002 1/2 Reisterstown Road     Pikesville, MD 21208**
MD Office
Law Offices of C. Valerie Ibe, Inc.
A Professional Law Corporation
1002 1/2 Reisterstown Road
Pikesville, MD 21208

Email:Valerie@cvalerieibe-law.com
Website:http://www.cvalerieibe-law.com

> This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, is confidential and may be legally privileged. It is intended to be conveyed only to the designated recipient(s). If you are not the intended recipient, you are strictly prohibited from printing, copying, forwarding or saving this E-mail (including attachments) and any use, dissemination, distribution, copying, or reproduction by unintended recipients is not authorized and may be unlawful. Please reply to the sender that you have received this E-mail in error, then delete it. Thank you.
>
> Copyright 2023 Law Offices of C. Valerie Ibe, Inc.



Exhibit 15 - Ms. Ibe's emails to Wisconsin & Los Angeles EEOC

On Wed, Apr 19, 2023 at 12:52 PM Valerie Ibe, ESQ. <valerie@cvalerieibe-law.com> wrote:
[Quoted text hidden]

Exhibit 15 - Ms. Ibe's emails to Wisconsin & Los Angeles EEOC

**AURORA CHEONG** <AURORA.CHEONG@eeoc.gov>    Sep 25, 2023, 6:29 AM
to me

Good morning,

Do you have the EEOC charge number?

Thanks,

Aurora Cheong
Enforcement Supervisor

---

**From:** Valerie Ibe, ESQ. <valerie@cvalerieibe-law.com>
**Sent:** Monday, September 25, 2023 7:50 AM
**To:** MELISSA LAWENT <MELISSA.LAWENT@EEOC.GOV>
**Cc:** AURORA CHEONG <AURORA.CHEONG@EEOC.GOV>
**Subject:** Re: Dr Olachi Mezu-Ndubuisi's EEOC Discrimination and Retaliation Charge and File with attachments

You don't often get email from valerie@cvalerieibe-law.com. Learn why this is important

...

[Message clipped]  View entire message

---


**Valerie Ibe, ESQ.** <valerie@cvalerieibe-law.com>    Sep 25, 2023, 9:08 AM
to AURORA

Thank you for your prompt response. The charge number is 443-2021-01485 - Dr. Olachi Mezu-Ndubuisi v. University of Wisconsin.

Sent from my iPhone 13 Pro Max

> On Sep 25, 2023, at 6:29 AM, AURORA CHEONG <AURORA.CHEONG@eeoc.gov> wrote:
>
> ...

[Message clipped]  View entire message

---


**AURORA CHEONG** <AURORA.CHEONG@eeoc.gov>    Sep 25, 2023, 9:33 AM
to SHAWNDA, me

The case was processed in the Los Angeles District Office. I am including Shawnda Burnett for assistance.

...

[Message clipped]  View entire message

---


**Valerie Ibe, ESQ.** <valerie@cvalerieibe-law.com>    Sep 25, 2023, 12:02 PM
to AURORA, SHAWNDA

Exhibit 15 - Ms. Ibe's emails to Wisconsin & Los Angeles EEOC

12/14/23, 4:28 PM  Law Offices of C. Valerie Ibe Mail - Dr. Olachi Mezu-Ndubuisi's EEOC Discrimination and Retaliation Charge and Flaw suit attachments - valerie@cvalerieibe-law.co…

Case 2:23-cv-08516-RGK-E  Document 63-5  Filed 12/18/23  Page 4 of 6  Page ID #:637

Thank you. Dr. Mezu has two cases, the first one is charge number 443-2021-01485 - Dr. Olachi Mezu-Ndubuisi v. University of Wisconsin. That's the one that I need the discharge so that we can sue. She has already received the notice to sue for her case against Unity-point Meriter, **EEOC Case 443-2021-01487** which was handled by the Los Angeles office. They need to be sued together. That's why I need the discharge for the University of Wisconsin case.

Thanks,

C. Valerie Ibe, Esq.
Law Offices of C. Valerie Ibe, Inc.
7220 Owensmouth Avenue, Ste 220
Canoga Park, CA 91303
Telephone:818-900-5298

**PLEASE NOTE THAT WE HAVE MOVED OUR MARYLAND OFFICE TO:          1002 1/2 Reisterstown Road      Pikesville, MD 21208**

MD Office
Law Offices of C. Valerie Ibe, Inc.
A Professional Law Corporation
1002 1/2 Reisterstown Road
Pikesville, MD 21208

Email:Valerie@cvalerieibe-law.com
Website:http://www.cvalerieibe-law.com

This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, is confidential and may be legally privileged. It is intended to be conveyed only to the designated recipient(s). If you are not the intended recipient, you are strictly prohibited from printing, copying, forwarding or saving this E-mail (including attachments) and any use, dissemination, distribution, copying, or reproduction by unintended recipients is not authorized and may be unlawful. Please reply to the sender that you have received this E-mail in error, then delete it. Thank you.

Copyright 2023 Law Offices of C. Valerie Ibe, Inc.

Exhibit 15 - Ms. Ibe's emails to Wisconsin & Los Angeles EEOC

**MELISSA LAWENT** <MELISSA.LAWENT@eeoc.gov>		Sep 25, 2023, 4:32 AM
to AURORA, me

Good morning,

I am cc'ing Enforcement Supervisor Aurora Cheong on this message. I no longer work in the Milwaukee Office, Supervisor Cheong will direct your message to the appropriate contact for further action.

Sincerely,


Melissa Lawent (she, her)
Equal Employment Specialist
Office of Federal Operations, Agency Oversight Division
U.S. Equal Employment Opportunity Commission
131 M Street, NE
Washington, DC 20507
(202) 921-3002
Melissa.Lawent@eeoc.gov

Exhibit 15 - Ms. Ibe's emails to Wisconsin & Los Angeles EEOC

Valerie Ibe, ESQ. <valerie@cvalerieibe-law.com>

# Dr Olachi Mezu-Ndubuisi's EEOC Discrimination and Retaliation Charge and File with attachments

**Valerie Ibe, ESQ.** <valerie@cvalerieibe-law.com>  Sun, Sep 24, 2023 at 5:01 PM
To: MELISSA LAWENT <MELISSA.LAWENT@eeoc.gov>

Good evening Ms. Lawent,
I am the attorney representing Dr. Olachi Mezu-Ndubuisi in her employment discrimination claims against University of Wisconsin. Could you send me the EEOC notice to sue so that I can commence the lawsuit against the University of Wisconsin. The EEOC office in Los Angeles sent me the one for Unity-Point Meriter.

Thanks,

C. Valerie Ibe, Esq.
Law Offices of C. Valerie Ibe, Inc.
7220 Owensmouth Avenue, Ste 220
Canoga Park, CA 91303
Telephone:818-900-5298

**PLEASE NOTE THAT WE HAVE MOVED OUR MARYLAND OFFICE TO:   1002 1/2 Reisterstown Road Pikesville, MD 21208**
MD Office
Law Offices of C. Valerie Ibe, Inc.
A Professional Law Corporation
1002 1/2 Reisterstown Road
Pikesville, MD 21208

Email:Valerie@cvalerieibe-law.com
Website:http://www.cvalerieibe-law.com

This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, is confidential and may be legally privileged. It is intended to be conveyed only to the designated recipient(s). If you are not the intended recipient, you are strictly prohibited from printing, copying, forwarding or saving this E-mail (including attachments) and any use, dissemination, distribution, copying, or reproduction by unintended recipients is not authorized and may be unlawful. Please reply to the sender that you have received this E-mail in error, then delete it. Thank you.

Copyright 2023 Law Offices of C. Valerie Ibe, Inc.

Exhibit 15 - Ms. Ibe's emails to Wisconsin & Los Angeles EEOC